# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00751-CR

**Leonard Cox, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-10-500333, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Leonard Cox has filed a fourth motion for extension of time to file his brief, asking for a thirty-day extension of time. We grant the motion and order Cox to file his brief no later than May 31, 2013.

It is ordered May 3, 2013

Before Justices Puryear, Pemberton and Rose

Do Not Publish